AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Pennsylvania

| | |
|---|---|
| United States of America<br>v.<br><br>JACK DANAHER MOLLOY<br><br>*Defendant* | )<br>)  Case No.  Magistrate No. 24-2028<br>)<br>)  [UNDER SEAL]<br>)<br>) |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* __JACK DANAHER MOLLOY__,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Counts One and Two: Making a false statement or representation involving international terrorism to a Department or Agency of the United States, (18 U.S.C. §1001(a)(2))  (October 20-21, 2024)

Date: __12/06/2024__

*Issuing officer's signature*

City and state: __Pittsburgh, Pennsylvania__      Honorable Christopher B. Brown, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* __12/6/24__, and the person was arrested on *(date)* __12/8/24__
at *(city and state)* __Chicago, Illinois__.

Date: __12/9/24__

*Arresting officer's signature*

Special Agent Joshua Carroll
*Printed name and title*